HASSARD BONNINGTON LLP
Philip S. Ward (#51768)
psw@hassard.com
Warren R. Webster (#209540)
wrw@hassard.com
275 Battery Street, Suite 1600
San Francisco, California 94111-3370
Telephone: (415) 288-9800
Fax: (415) 288-9801

KENNETH A. BRUNETTI (156164)
kbrunetti@brlawsf.com
GREGORY A. ROUGEAU (194437)
grougeau@brlawsf.com
BRUNETTI ROUGEAU LLP
235 Montgomery Street, Ste. 410
San Francisco, CA 94104
Telephone: (415) 992-8943
Fax: (415) 992-8915

Attorneys for Plaintiffs
SAN FRANCISCO TAXI COALITION, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| SAN FRANCISCO TAXI COALITION, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | No. 19-01972-WHA<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: May 30, 2019<br>Time: 8:00 a.m.<br>Dept.: Courtroom 12 – 19th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA 94102<br><br>Trial Date: None Assigned |
|---|---|

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN THAT** on Thursday, May 30, at 8:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 12 – 19th Floor, of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California 94102, Plaintiffs San Francisco Taxi Coalition, *et al*. will and do move the

-1-

Court for a preliminary injunction seeking to enjoin defendants San Francisco Municipal Transportation Agency ("SFMTA") and the City and County of San Francisco (the "City") from imposing restrictions and limitations on certain categories of taxicabs from picking up passengers at San Francisco International Airport ("SFO"). The restrictions and limitations on SFO passenger pickups were authorized by the SFMTA through a resolution by the SFMTA Board in October, 2018 and were later imposed by the SFMTA's Director of Transportation in a directive dated December 27, 2018. The restrictions went into effect on February 1, 2019.

The SFMTA's recent changes, already, are having devastating effects on the S.F. taxi industry. Under the new rules, any taxicabs operating with medallions purchased from the City after 2010 ("Purchased medallions") have been granted super-priority status for passenger pick-ups at SFO. Taxicabs with medallions issued by the City from 1978 to 2010 ("post-K medallions"), which were earned but not purchased, have been given secondary status, meaning that they now must go into a second tier waiting line at SFO and are allowed to pick up passengers at a rate of not more than 1 pick-up for every 3 (or up to 8) pick-ups given to cabs with Purchased medallions. Even worse, taxicabs using medallions sold by the City prior to 1978 are now prohibited outright from picking up passengers at SFO, resulting in a complete collapse in the value of those medallions and loss of income for their owners.

This motion will be and is made pursuant on the grounds that Plaintiffs have shown by their complaint and accompanying declarations and evidence that they are likely to prevail on the merits of their claims and will suffer irreparable harm if the SFMTA'S new rules are not enjoined. Plaintiffs are likely to prevail because the new restrictions are discriminatory and violate Plaintiffs' equal protection rights under the State and Federal Constitutions, were imposed in violation of the California Environmental Quality Act ("CEQA") and violate Gov't Code §11135, *et seq.*  A preliminary injunction is necessary to return to the status quo that existed prior to February 1, 2019, until final determination of the issues in this lawsuit.

A preliminary injunction is authorized under the law because Plaintiffs are likely to win on the merits of their claims and the interim harm that certain plaintiffs will suffer if they are not allowed to pick up passengers at SFO is vastly greater than any harm the SFMTA and City

will suffer if the restrictions are enjoined pending a final determination of the underlying claims in this lawsuit.

    This Motion will be and is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in Support of the Motion, the supporting Request for Judicial Notice, and multiple declarations that have been filed with the motion.

Dated:  May 14, 2019

BRUNETTI ROUGEAU LLP

By: _____ for
Kenneth A. Brunetti

Attorneys for Plaintiffs
SAN FRANCISCO TAXI COALITION, et al.