HASSARD BONNINGTON LLP
Philip S. Ward (#51768)
psw@hassard.com
Warren R. Webster (#209540)
wrw@hassard.com
275 Battery Street, Suite 1600
San Francisco, California 94111-3370
Telephone: (415) 288-9800
Fax: (415) 288-9801

KENNETH A. BRUNETTI (156164)
kbrunetti@brlawsf.com
GREGORY A. ROUGEAU (194437)
grougeau@brlawsf.com
BRUNETTI ROUGEAU LLP
235 Montgomery Street, Ste. 410
San Francisco, CA 94104
Telephone: (415) 992-8943
Fax: (415) 992-8915

Attorneys for Plaintiffs
SAN FRANCISCO TAXI COALITION, et al.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO TAXI COALITION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | No. 19-01972-WHA <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' REPLY BRIEF RE: MOTION FOR PRELIMINARY INJUNCTION** <br><br> Hearing Date: May 30, 2019 <br> Time: 8:00 a.m. <br> Dept.: Courtroom 12 – 19th Floor <br> 450 Golden Gate Ave. <br> San Francisco, CA 94102 <br><br> Trial Date: None Assigned |

Plaintiffs SAN FRANCISCO TAXI COALITION, et al. (Plaintiffs), respectfully request that the Court take judicial notice of the attached exhibits pursuant to Rule 201(b)(2) of the Federal Rules of Evidence and California Evidence Code sections 452(b) and (h) and 453:

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY BRIEF RE PLAINTIFFS'MOTION FOR PRELIMINARY INJUNCTION

**Exhibit A**: Minutes of SFMTA Board of Directors Meeting on October 16, 2018.

**Exhibit B**: Email notice regarding final rejection from the SFMTA Board of Appeals dated January 29, 2019.

Plaintiffs further request that the Court take judicial notice of the following pursuant to Rule 201(b)(2) of the Federal Rules of Evidence and California Evidence Code sections 452(b) and (h) and 453.

1. During the general public comment at SFMTA Board of Directors meeting on September 18, 2018, Robert Chesana spoke directly to the problem of increased traffic under the SFMTA's plan. Robert Chesana is member of the Medallion Holders Association. Please see comments at 22:07 on video link below:

http://sanfrancisco.granicus.com/player/clip/31363?view_id=55

"Good afternoon. I want to point out to you that the crisis in the taxi industry is a hundred percent caused directly by the MTA or by the MTA unable, because of politics, to support the taxi industry. Now just I'm going to talk about one of your proposals today, and that is the proposal that only purchased medallions can go to the airport and pick up. Now this is absurd because it's been done before. Yellow Cab did it like 50 years ago. And the biggest problem, of course, you are going to Increase traffic of taxis coming and going to the airport. Half will be empty going, and half will be empty coming back; problem one. Problem two, you are going to possibly make all K Medallion holders employees because you are directing them to work in a certain way. Number three, if you go ahead with this, you are going to have to do possibly an environmental report because you are increasing the traffic on 101. And the last thing is, we need more taxis everywhere. You are going to discourage the employment of taxi drivers because they don't want to have non-taxis go to the airport. Thank you."

2. During the SFMTA Board of Directors meeting on October 16, 2018, Charles Rathbone, a Luxor Cab Medallion holder spoke during the general public comment on the CEQA issue. Please see 4:58:21 on video link below:

http://sanfrancisco.granicus.com/player/clip/31606?view_id=55

"Good evening, Directors. My name is Charles Rathborn. I'm a Medallion holder at Luxor Cab. The K and pre-K Medallions are not burdened with debt. We are the debt free part of the industry and they have proven to be both resilient and sustainable even in the face of a years' long price war. These proposals before you today break the very part of the industry that is not under water. Please vote no on revocations and the airport ban. The suggested tweaks to the sales program are timid and half-hearted. Let's talk instead about finding the right price. And about the role of autonomous taxi cabs and what that will mean for the value of medallions in the future. The airport ban is environmentally unsound. It encourages or forces hundreds of inefficient deadhead trips back and forth between the airport every day. Lastly, the pre-K Medallion holders at Luxor are elderly now and very few of them can be here today. However, they are responsible for many excellent innovations including, for instance, wheelchair accessible service which they introduced at Luxor even before there was an ADA and even though it was an unprofitable line of business. Pre-K management introduced the spectacular London cabs to San Francisco. You may recall those from the early 2000s. The pre-Ks at Luxor also brought us the taxi magic ehail app. in 2008, which was copied two years later by Uber and Lyft. Please do not stereotype these people as some kind of villains. Thank You."

Dated: May 15, 2019

BRUNETTI ROUGEAU LLP

By:     _/s/ Kenneth A. Brunetti_
Kenneth A. Brunetti
Attorneys for Plaintiffs
SAN FRANCISCO TAXI
COALITION, *et al.*

# EXHIBIT A



# SAN FRANCISCO
# MUNICIPAL TRANSPORTATION AGENCY
# BOARD OF DIRECTORS AND
# PARKING AUTHORITY COMMISSION

## MINUTES

Tuesday, October 16, 2018
Room 400, City Hall
1 Dr. Carlton B. Goodlett Place

REGULAR MEETING AND CLOSED SESSION
1 P.M.

### SFMTA BOARD OF DIRECTORS

Cheryl Brinkman, Chairman,
Malcolm Heinicke, Vice Chairman
Gwyneth Borden
Amanda Eaken
Lee Hsu
Cristina Rubke
Art Torres

Edward D. Reiskin
DIRECTOR OF TRANSPORTATION

Roberta Boomer
SECRETARY

☎ 311 Free language assistance / 免費語言協助 / Ayuda gratis con el idioma / Бесплатная помощь переводчиков / Trợ giúp Thông dịch Miễn Phí / Assistance linguistique gratuite / 無料の言語支援 / Libreng tulong para sa wikang Filipino / 무료 언어 지원 / การช่วยเหลือทางด้านภาษาโดยไม่เสียค่าใช้จ่าย / خط المساعدة المجاني على الرقم

# ORDER OF BUSINESS

1. Call to Order

Chairman Brinkman called the meeting to order at 1:06 p.m.

2. Roll Call

Present:   Cheryl Brinkman
           Gwyneth Borden
           Amanda Eaken
           Malcolm Heinicke
           Lee Hsu – absent at Roll Call
           Cristina Rubke
           Art Torres

3. Announcement of prohibition of sound producing devices during the meeting.

Chairman Brinkman announced that the ringing of and use of cell phones, pagers and similar sound-producing electronic devices are prohibited at the meeting.  She advised that any person responsible for the ringing or use of a cell phone, pager, or other similar sound-producing electronic devices might be removed from the meeting. She also advised that cell phones that are set on "vibrate" cause microphone interference and requested that they be placed in the "off" position.

4. Approval of Minutes

On motion to approve the minutes of the September 18, 2018 Regular Meeting: unanimously approved (Hsu-absent).

5. Communications

Chairman Brinkman stated that the meeting would be adjourned in memory of Jerry Robbins and James Milton.

Chairman Brinkman stated that general public comment would be called after the regular agenda items and that she would call Items 12 and 13 together first, followed by Item 11.

Director Hsu arrived.

6. Introduction of New or Unfinished Business by Board Members

Director Borden requested information regarding the upcoming BART retrofit work and that work's impact on Muni.  She also expressed interest in a direct shuttle from the Transbay Terminal to the Mission District.

Vice Chairman Heinicke requested a report to the Board regarding the new light rail vehicle seat configuration including a summary of feedback heard and recommendations. Director Reiskin stated that staff would provide an overview of the SFMTA's outreach efforts for the seat design.

7. Director's Report (For discussion only)

    -Special Recognition
    -Update on Vision Zero
    -Ongoing Activities

Tom Maguire, Director, Sustainable Streets recognized Frank Markowitz, Manager, Sustainable Streets.

Ed Reiskin, Director of Transportation discussed Trolley Dances, a Bayview Hunter's Point community open house and an open house for the Embarcadero Enhancement Project.

8. Citizens' Advisory Council Report

Neil Ballard, Council member, Citizens' Advisory Council, presented the recent recommendations including sidewalk parking, transit only lanes, and prohibiting right turns on Third Street. The CAC is concerned about seating on the new streetcars and harassment in the work environment at the SFMTA.

No public comment.

Chairman Brinkman recognized Supervisor Jane Kim and invited her to address the Board.

Supervisor Kim expressed appreciation for the SFMTA's support for the Howard, Sixth, and Taylor street projects. These are three of the most dangerous corridors in San Francisco. Improving the safety of these streets will vastly improve safety for everyone. She reviewed the incident rates on the streets and remembered several people who were killed on the streets. She expressed support for safety improvements, noting that the work isn't easy and there's a lot of conflict. It's important to prioritize people's lives over everything else.

9. Public Comment

Taylor Ahlgren discussed the launch of scooters. He is excited about having more two wheeled vehicles in the green lane. Some Latino friends have been part of the equity analysis for the proposals. He downloaded both scooter apps but said there was no way to access the low-income program for either company. It was a confusing process. The low-income program should be available on the first day. He is disappointed in the launch of the program.

Roan Kaffoun stated that someone requested a bike parking corral near their house. The response they got from staff was a request for more information and the staff person told the requestor about

restrictions for bike corrals. They were told they weren't going to be put in areas for single family residences.

Tariq Mehmood stated that when he spoke against former Taxi Director Hayashi, Mr. Heinicke told him not to talk. He should have some integrity. He gave her 64 pages of signatures from people opposed to the taxi proposals and sent the same information to the Board. The Board accepts liars.

THE FOLLOWING MATTERS BEFORE THE SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY BOARD OF DIRECTORS ARE RECOMMENDED FOR ACTION AS STATED BY THE SFMTA DIRECTOR OF TRANSPORTATION OR CITY ATTORNEY WHERE APPLICABLE. EXPLANATORY DOCUMENTS FOR ALL CALENDAR ITEMS ARE AVAILABLE FOR REVIEW AT 1 SOUTH VAN NESS AVE. 7th FLOOR.

CONSENT CALENDAR

10. All matters listed hereunder constitute a Consent Calendar, are considered to be routine by the San Francisco Municipal Transportation Agency Board of Directors and will be acted upon by a single vote. There will be no separate discussion of these items unless a member of the Board of Directors or the public so requests, in which event the matter shall be removed from the Consent Calendar and considered as a separate item.

(10.1) Requesting the Controller to allot funds and to draw warrants against such funds available or will be available in payment of the following claims against the SFMTA:

   A. Cecilia Suarez vs. CCSF, Superior Ct. #CGC18563982 filed on 1/31/18 for $90,000
      (Explanatory documents include a resolution.)

RESOLUTION 181016-132

(10.2) Making environmental review findings and approving the following traffic modifications:

   A. ESTABLISH – NO LEFT TURN – Haight Street at Buchanan Street; and Buchanan Street at Haight Street.
   B. ESTABLISH – RED ZONE – Battery St., west side, from Pacific Avenue to 25 feet northerly.
   C. ESTABLISH – RED ZONE – Bush Street, south side, from Kearny Street to 25 feet westerly.
   D. ESTABLISH – RED ZONE – Jackson St., north side, from Kearny Street to 25 feet westerly.
   E. ESTABLISH – RED ZONE – Pacific Avenue, south side, from Stockton Street to 24 feet westerly; and Stockton Street, west side, from Pacific Avenue to 27 feet southerly
   F. ESTABLISH – RED ZONE – Battery Street, west side, from Washington Street to 24 feet northerly; Battery Street, east side, from Washington Street to 25 feet southerly; and Washington Street, south side, from Battery Street to 23 feet easterly
   G. ESTABLISH – 2-HOUR PARKING, 9 AM TO 6 PM, MONDAY THROUGH SATURDAY Wisconsin Street, east side, from 17th Street to 16th Street
   H. ESTABLISH – NO RIGHT TURN ON RED – Cerritos Avenue, northbound, at Ocean Avenue

4

Victoria Street, northbound, at Ocean Avenue.

I. ESTABLISH – STOP SIGN – Borica Street, northbound, at Urbano Drive.

J. ESTABLISH – RED ZONE – Williams Ave., north side, from Diana Street to 50 feet easterly.

K. ESTABLISH – RED ZONE – Jessie Street western terminus, west of 10th Street.

L. ESTABLISH – RED ZONE – Twin Peaks Blvd, east side, from Clayton St. to 64 feet southerly

M. ESTABLISH – TOW-AWAY, NO STOPPING ANYTIME – Minna Street, south side, from 1st Street to 37 feet westerly; Minna Street, south side, from 93 feet to 221 feet west of 1st Street; Minna Street, south side, from 291 feet to 420 feet west of 1st Street; Minna Street, south side, from 537 west of 1st Street to 2nd Street; Natoma Street, north side, from 1st Street to 128 feet easterly; Natoma Street, north side, from 196 feet east of 1st Street to Fremont Street; Natoma Street, north side from 1st Street to 86 feet westerly; Natoma Street, north side from 128 feet west of 1st Street to 2nd Street; and 1st Street, east side, from Natoma Street to Howard Street.

N. ESTABLISH – ONE-WAY STREET – Minna Street, eastbound, from 2nd Street to 1st Street.

O. RESCIND – ONE-WAY STREET – ESTABLISH – TWO-WAY STREET; Natoma Street, from 1st Street to 269 feet westerly; Natoma Street, from 704 feet west of 1st Street to 2nd St.

P. ESTABLISH – STOP SIGNS – Alabama Street, northbound, at Precita Avenue (north); and Alabama Street, southbound, at Precita Avenue (south).

Q. ESTABLISH – RED ZONE – Bryant Street, west side, from the south side property line of Alameda Street to 30 feet north of Alameda Street.

R. ESTABLISH – BUS ZONE – Polk Street, west side, from 80 feet to 100 feet north of Lombard Street; and Polk Street, east side, from 80 feet to 100 feet south of Lombard Street. (Explanatory documents include a staff report and resolution. For every parking and traffic modification that received a categorical exemption, the proposed action is the Approval Action as defined by Chapter 31 of the San Francisco Administrative Code.)

RESOLUTION 181016-133

On motion to approve:

ADOPTED: AYES – Borden, Brinkman, Eaken, Heinicke, Hsu, Rubke, and Torres

(10.3) Approving parking and traffic modifications on portions of 7th, Berry, Channel, De Haro and King streets as follows:

A. RESCIND - 2-HOUR PARKING, 9 AM TO 9 PM, MONDAY THROUGH FRIDAY, SIGNS ONLY-ESTABLISH GENERAL METERED PARKING, NO TIME LIMIT, 9 AM TO 6 PM, MONDAY THROUGH SATURDAY, EXCEPT VEHICLES WITH AREA Y PERMITS, SIGNS ONLY - Berry Street, south side, 254 feet west of 7th Street to 300 feet west of 7th Street.

B. ESTABLISH - RESIDENTIAL PERMIT PARKING AREA Y, GENERAL METERED PARKING, NO TIME LIMIT, 9 AM TO 6 PM, MONDAY THROUGH SATURDAY, EXCEPT VEHICLES WITH AREA Y PERMITS, SIGNS ONLY- Berry Street, south side between De Haro Street and 429 feet easterly.

C. ESTABLISH - 4-HOUR PARKING, 9 AM TO 6 PM, MONDAY THROUGH SATURDAY-7th Street, west side, from King Street to Berry Street.

D. ESTABLISH - GENERAL METERED PARKING, NO TIME LIMIT, 9 AM TO 6 PM, MONDAY THROUGH SATURDAY- 7th Street, west side, from Townsend Street to King Street; King Street, north side, from Division Street to 7th Street; De Haro Street, east side, from Berry Street to Division Street; Berry Street, north side, from De Haro Street to 430 feet easterly; Channel Street, south side, from 7th Street to Carolina Street. (Explanatory documents include a staff report and resolution. The proposed action is the Approval Action as defined by the S. F. Administrative Code Chapter 31.)

RESOLUTION 181016-134

(10.4) Authorizes the Director to request the Metropolitan Transportation Commission program $2,578,270 in Fiscal Year 2017 and 2018 Lifeline Transportation Program grant funds for the Expanding and Continuing Late Night Transit Service to Communities in Need project, and up to $100,000 in Fiscal Years 2017 and 2018 LTP grant funds for SFMTA's Wheelchair-Accessible Taxi Incentive Program. (Explanatory documents include a staff report and resolution.)

RESOLUTION 181016-135

(10.5) Affirming the SFMTA's FY2019 and FY2020 Operating Budget includes the City's portion of debt service payments for issuance of farebox revenue bonds and interim proposed financing by the Peninsula Corridor Joint Powers Board. (Explanatory documents include a staff report, resolution and letter.)

RESOLUTION 181016-136

(10.6) Awarding Contract No. SFMTA-2018-28-1 for On-Site Collection Services to Accurate C&S Services, for drug and alcohol specimen collection services for the SFMTA Substance Abuse Program, in an amount not to exceed $1,200,000, and for a five-year term. Explanatory documents include a staff report, resolution and contract.)

RESOLUTION 181016-137

(10.7) Authorizing the Director of Transportation to issue a Request for Proposals for Contract No. SFMTA-2018-48: Armed and Unarmed Security Services, to provide security guard services for the SFMTA. Explanatory documents include a staff report, resolution and Request for Proposals.)

RESOLUTION 181016-138

On motion to approve the Consent Calendar:

ADOPTED: AYES – Borden, Brinkman, Eaken, Heinicke, Hsu, Rubke, and Torres

11. Approving a parking protected bikeway and parking and traffic modifications along Howard Street between 11th Street and 6th Street and along Folsom Street between 5th Street and 4th Street as follows:

A. ESTABLISH – CLASS IV PROTECTED BIKEWAY - Howard Street, westbound, north side, from 6th Street to 11th Street; Folsom Street, eastbound, south side, from 5th Street to 4th Street

B. RESCIND – BUS ZONE - Howard Street, north side, from 6th Street to 82 feet westerly; Folsom Street, south side, from 5th Street to 84 feet easterly

C. ESTABLISH – TRANSIT BOARDING ISLAND – TOW-AWAY NO STOPPING ANYTIME - Folsom Street, south side from 5 feet to 75 feet east of 5th Street

D. ESTABLISH – TOW-AWAY NO STOPPING ANYTIME - Howard Street, north side, from 11th Street to 200 feet easterly; Howard Street, south side, from 11th Street to 142 feet easterly; Howard Street, north side, from 9th Street to 330 feet easterly; Howard Street, north side, from 7th Street to 228 feet easterly; Folsom Street, south side, from 4th Street to 193 feet westerly

E. ESTABLISH – TOW-AWAY NO PARKING ANYTIME - Howard Street, north side, from 10th Street to 61 feet westerly; Howard Street, north side, from 10th Street to 40 feet easterly; Howard Street, north side, from Grace Street to 8 feet westerly; Howard Street, north side, from Grace Street to 25 feet easterly; Howard Street, north side, from Washburn Street to 62 feet westerly; Howard Street, north side, from Washburn Street to 23 feet easterly; Howard Street, south side, from Dore Street to 22 feet easterly; Howard Street, south side, from 9th Street to 29 feet easterly; Howard Street, north side, from 8th Street to 30 feet easterly; Howard Street, north side, from 178 feet to 231 feet east of 8th Street; Howard Street, north side, from 7th Street to 10 feet westerly; Howard Street, south side, from Rausch Street to 22 feet easterly; Howard Street, north side, from Russ Street to 67 feet westerly; Howard Street, north side, from Russ Street to 58 feet easterly; Howard Street, north side, from 6th Street to 15 feet westerly

F. ESTABLISH RED ZONE - Howard Street, north side, from 220 feet to 255 feet east of 11th Street; Howard Street, north side, from 360 feet to 385 feet east of 9th Street; Howard Street, north side, from 63 feet to 164 feet west of 8th Street; Howard Street, north side, from 68 feet to 84 feet east of 8th Street; Howard Street, north side, from 249 feet to 283 feet east of 8th Street; Howard Street, north side, from 321 feet to 355 feet east of 8th Street; Howard Street, north side, from 353 feet to 409 feet west of 7th Street; Howard Street, north side, from 100 feet to 203 feet west of 7th Street; Howard Street, north side, from 112 feet to 153 feet west of Russ Street; Howard Street, north side, from 29 feet to 67 feet west of Russ Street; Howard Street, north side, from 78 feet to 115 feet east of Russ Street; Howard Street, north side, from 114 feet to 192 feet west of 6th Street; Folsom Street, south side, from 70 feet to 145 feet east of 5th Street; Folsom Street, south side, from 311 feet to 381 feet west of 4th Street; Folsom Street, south side, from 233 feet to 271 feet west of 4th Street

G. ESTABLISH – BLUE ZONE - Howard Street, north side, from 16 feet to 36 feet west of 9th Street; Howard Street, north side, from 15 feet to 35 feet west of 6th Street

H. RESCIND – METERED YELLOW ZONE, COMMERCIAL LOADING, 7AM TO 6PM, MONDAY THROUGH SATURDAY - Howard Street, south side, from 3 feet to 26 feet, east of Langton Street

I. ESTABLISH – METERED YELLOW ZONE, COMMERICAL LOADING, 9AM TO 6PM,

MONDAY THROUGH SATURDAY - Howard Street, north side, from 83 feet to 155 feet west of 10th Street

J. ESTABLISH – METERED YELLOW ZONE, COMMERCIAL LOADING, 7AM TO 6PM, MONDAY THROUGH SATURDAY - Howard Street, north side, from 25 feet to 50 feet east of Grace Street; Howard Street, north side, from 23 feet to 77 feet east of Washburn Street; Howard Street, north side, from 164 feet to 184 feet west of 8th Street; Howard Street, north side, from 37 feet to 63 feet west of 8th Street; Howard Street, south side, from 157 feet to 197 feet west of 8th Street; Howard Street, north side, from 283 feet to 321 feet east of 8th Street; Howard Street, north side, from 355 feet to 376 feet east of 8th Street; Howard Street, north side, from 332 feet to 353 feet west of 7th Street; Howard Street, south side, from 41 feet to 63 feet west of Sumner Street; Howard Street, south side, from 27 feet to 47 feet east of Sumner Street; Howard Street, south side, from 22 feet to 42 feet east of Rausch Street; Howard Street, south side, from 4 feet to 22 feet west of Langton Street; Howard Street, south side, from 59 feet to 77 feet east of Langton Street; Howard Street, north side, from 228 feet to 252 feet east of 7th Street; Howard Street, north side, from 137 feet to 161 feet east of Russ Street; Howard Street, north side, from 182 feet to 202 feet east of Russ Street; Howard Street, south side, from 35 feet to 55 feet east of 7th Street; Howard Street, south side, from 4 feet to 30 feet west of Moss Street; Howard Street, south side, from 11 feet to 33 feet west of Harriet Street; Howard Street, south side, from 5 feet to 25 feet west of 6th Street; Folsom Street, south side, from 145 feet to 165 feet east of 5th Street

K. ESTABLISH – METERED YELLOW ZONE, 6-WHEEL COMMERCIAL LOADING, 7AM TO 6PM, MONDAY THROUGH SATURDAY - Howard Street, north side, from 10 feet to 40 feet west of 7th Street; Howard Street, north side, from 228 feet to 252 feet east of 7th Street; Howard Street, north side, from 75 feet to 114 feet west of 6th Street

L. ESTABLISH – METERED YELLOW ZONE, COMMERCIAL LOADING, 7AM TO 11PM, MONDAY THROUGH FRIDAY - Howard Street, south side, from 51 feet to 73 feet east of 9th St.

M. ESTABLISH – METERED GREEN ZONE, 15 MINUTES, 7AM TO 9PM, MONDAY THROUGH SATURDAY - Howard St., north side, from 200 feet to 220 feet east of 11th Street

N. ESTABLISH – METERED GREEN ZONE, 30 MINUTES, 7AM TO 9PM, MONDAY THROUGH SATURDAY - Howard Street, north side, from 397 feet to 418 feet east of 8th Street; Howard Street, north side, from 58 feet to 78 feet east of Russ Street

O. RESCIND – METERED MOTORCYCLE PARKING, 7AM TO 6PM, MONDAY THROUGH SATURDAY - Howard Street, north side, from 231 feet to 249 feet east of 8th Street

P. ESTABLISH – METERED MOTORCYCLE PARKING, 7AM TO 6PM, MONDAY THROUGH SATURDAY - 11th Street, east side, from 64 feet to 74 feet south of Natoma Street; Howard Street, south side, from 142 feet to 163 feet east of 11th Street; Howard Street, south side, from 270 feet to 290 feet east of 9th Street

Q. RESCIND – WHITE ZONE, PASSENGER LOADING, AT ALL TIMES - Howard Street, north side, from 95 feet to 117 feet east of Russ Street; Folsom Street, south side, from 154 feet to 194 feet west of 4th Street

R. ESTABLISH – WHITE ZONE, PASSENGER LOADING, AT ALL TIMES - Howard Street, north side, from 115 feet to 137 feet east of Russ Street; Folsom Street, south side, from 193 feet to 233 feet west of 4th Street

S. ESTABLISH – NO RIGHT TURN ON RED EXCEPT BICYCLES - 5th Street, northbound at Folsom Street. (Explanatory documents include a staff report, resolution, map and graphics.

The proposed action is the Approval Action as defined by Chapter 31 of the San Francisco Administrative Code.)

Paul Stanis, Engineer, Sustainable Streets, presented the item.

PUBLIC COMMENT:

Members of the public expressing support: Ron Kattouw, Charles Deffarges, Taylor Ahlgren, Jane Natoli, and Bryan Klofas

Members of the public expressing opposition: Justin Zuker

RESOLUTION 181016-139

On motion to approve:

      ADOPTED: AYES – Borden, Brinkman, Eaken, Heinicke, Hsu, and Rubke

          ABSENT - Torres

12. Making environmental findings and approving a parking protected bikeway and parking and traffic modifications along 6th Street between Market Street and Brannan Street as part of the 6th Street Pedestrian Safety Project as follows:

A. RESCIND – PASSENGER LOADING ZONE, AT ALL TIMES - 6th Street, east side, from 17 feet to 61 feet south of Market Street, 6th Street, east side, from 26 feet to 70 feet north of Minna Street, Minna Street, south side, from 6th Street to 80 feet westerly

B. RESCIND – PASSENGER LOADING ZONE, 7 AM TO 10 PM, DAILY - 6th Street, east side, from 32 feet to 54 feet north of Jessie Street, 6th Street, west side, from 35 feet to 93 feet north of Mission Street

C. RESCIND – METERED YELLOW 6-WHEEL COMMERCIAL LOADING ZONE, 7 AM TO 6 PM, MONDAY THROUGH SATURDAY - 6th Street, west side, from 22 feet to 66 feet north of Minna Street

D. RESCIND – METERED YELLOW 6-WHEEL COMMERCIAL LOADING ZONE, 7 AM TO 6 PM, MONDAY THROUGH FRIDAY - 6th Street, east side, from 61 feet to 103 feet south of Market Street, 6th Street, east side, from 22 feet to 44 feet south of Jessie Street, 6th Street, west side, from 12 feet to 56 feet north of Stevenson Street

E. RESCIND – METERED YELLOW 6-WHEEL COMMERCIAL LOADING ZONE, 7 AM TO 11 AM, MONDAY THROUGH FRIDAY - 6th Street, east side, from 15 feet to 61 feet north of Natoma Street

F. RESCIND – METERED YELLOW COMMERCIAL LOADING ZONE, 7 AM TO 6 PM, MONDAY THROUGH SATURDAY - 6th Street, east side, from 23 feet to 49 feet south of Stevenson Street, 6th Street, west side, from 12 feet to 53 feet south of Natoma Street

G. RESCIND – METERED YELLOW COMMERCIAL LOADING ZONE, 7 AM TO 6 PM, MONDAY THROUGH FRIDAY - 6th Street, east side, from 44 feet to 90 feet south of Jessie Street, 6th Street, east side, from 22 feet to 91 feet south of Mission Street, 6th Street, west side, from 56 feet to 100 feet north of Stevenson Street, 6th Street, west side from 5 feet to 89 feet south of Stevenson Street, 6th Street, west side, from 27 feet to 45 feet north of Jessie Street, 6th Street, west side, from 44 feet to 67 feet south of Jessie Street

H. RESCIND – METERED YELLOW COMMERCIAL LOADING ZONE, 7 AM TO 11 AM, MONDAY THROUGH FRIDAY - 6th St., east side, from 38 feet to 78 feet south of Minna St.

I. RESCIND – SHORT TERM PARKING, 30 MINUTE LIMIT - Bryant Street, north side, from 3 feet to 89 feet west of 6th Street

J. RESCIND – BLUE ZONE, DISABLED PARKING ONLY, AT ALL TIMES - 6th Street, west side, from Jessie Street to 21 feet southerly, Stevenson Street, south side, from 9.5 feet to 28 feet east of 6th Street

K. RESCIND – TOW AWAY NO STOPPING ANYTIME EXCEPT MARKED POLICE VEHICLES - 6th Street, west side, from 21 feet to 44 feet south of Jessie Street

L. RESCIND – NO LEFT TURN, 7 AM TO 7 PM EXCEPT SATURDAY AND SUNDAY, EXCEPT MUNI - 6th Street, northbound, at Mission Street

M. RESCIND – NO LEFT TURN, 7 AM TO 7 PM EXCEPT SATURDAY AND SUNDAY - 6th Street, northbound, at Howard Street

N. RESCIND – TOW-AWAY NO STOPPING, 7 AM TO 9 AM AND 3 PM TO 7 PM, MONDAY THROUGH FRIDAY - 6th Street, both sides, from Folsom Street to Brannan Street, 6th Street west side, from Howard Street to Folsom Street

O. ESTABLISH – TOW AWAY NO STOPPING ANYTIME, ESTABLISH –6th Street, east side, from Market Street to 70 feet southerly, 6th Street, east side, from Stevenson Street to 30 feet northerly, 6th Street, east side, from Stevenson Street to 28 feet southerly, 6th Street, east side, from Jessie Street to 34 feet northerly, 6th Street, east side, from Jessie Street to 25 feet southerly, 6th Street, east side, from Mission Street to 20 feet northerly, 6th Street, east side, from Mission Street to 20 feet southerly, 6th Street, east side, from Minna Street to 26 feet northerly, 6th Street, east side, from Minna Street to 22 feet southerly, 6th Street, east side, from Natoma Street to 26 feet northerly, 6th Street, east side, from Natoma Street to 28 feet southerly, 6th Street, east side, from Howard Street to 23 feet northerly, Howard Street, north side, from 6th Street to 17 feet easterly, 6th Street, east side, from Howard Street to 36 feet southerly, 6th Street, east side, from Folsom Street to 42 feet northerly, 6th Street, east side, from Folsom Street to 50 feet southerly, Harrison Street, north side, from 6th Street to 24 feet easterly, Harrison Street, south side, from 6th Street to 27 feet easterly, 6th Street, west side, from Market Street to 70 feet southerly, 6th Street, west side, from Stevenson Street to 26 feet northerly, 6th Street, west side, from Stevenson Street to 35 feet southerly, 6th Street, west side, from Jessie Street to 25 feet northerly 6th Street, west side, from Jessie Street to 25 feet southerly, 6th Street, west side, from Mission Street to 20 feet northerly, 6th Street, west side, from Mission Street to 20 feet southerly, 6th Street, west side, from Minna Street to 30 feet northerly, 6th Street, west side, from Minna Street to 23 feet southerly, 6th Street, west side, from Natoma Street to 23 feet northerly, 6th Street, west side, from Natoma Street to 31 feet southerly, 6th Street, west side, from Howard Street to 35 feet southerly, 6th Street, west side, from Folsom Street to 25 feet northerly, 6th Street, west side, from Folsom to Street to 27 feet southerly, 6th Street, west side,

from Harrison Street to 53 feet southerly, Harrison Street, south side, from 6th Street to 49 feet westerly

P. ESTABLISH – PASSENGER LOADING ZONE, AT ALL TIMES - 6th Street, east side, from 30 feet to 74 feet north of Stevenson Street, 6th Street, east side, from 26 feet to 70 feet north of Minna Street

Q. ESTABLISH – PASSENGER LOADING ZONE, 7 AM TO 10 PM, DAILY - 6th Street, east side, from 34 feet to 55 feet north of Jessie Street, 6th Street, west side, from 20 feet to 86 feet north of Mission Street

R. ESTABLISH – METERED YELLOW 6-WHEEL COMMERCIAL LOADING ZONE, 7 AM TO 6 PM, MONDAY THROUGH FRIDAY - 6th Street, east side, from 70 feet to 96 feet south of Market Street, 6th Street, east side, from 22 feet to 78 feet south of Minna Street, 6th Street, west side, from 26 feet to 93 feet north of Stevenson Street, 6th Street, west side, from 45 feet to 89 feet south of Mission Street

S. ESTABLISH – METERED YELLOW COMMERCIAL LOADING ZONE, 7 AM TO 6 PM, MONDAY THROUGH FRIDAY - 6th Street, east side, from 28 feet to 91 feet south of Stevenson Street, 6th Street, east side, from 25 feet to 85 feet south of Jessie Street, 6th Street, east side, from 20 feet to 90 feet south of Mission Street, 6th Street, west side, from 25 feet to 45 feet north of Jessie Street, 6th Street, west side, from 65 feet to 89 feet south of Stevenson Street, 6th Street, west side, from 47 feet to 73 feet south of Jessie Street, 6th Street, west side, from 30 feet to 74 feet north of Minna Street, 6th Street, west side, from 31 feet to 68 feet south of Natoma Street

T. ESTABLISH – SHORT TERM PARKING, 30 MINUTE LIMIT - 6th Street, east side, from 30 feet to 75 feet north of Mission Street

U. ESTABLISH – BLUE ZONE, DISABLED PARKING ONLY, AT ALL TIMES - 6th Street, east side, from 26 feet to 61 feet north of Natoma Street, 6th Street, west side, from 35 feet to 65 feet south of Stevenson Street, 6th Street, west side, from 20 feet to 45 feet south of Mission St.

V. ESTABLISH – TOW AWAY NO STOPPING ANYTIME EXCEPT MARKED POLICE VEHICLES - 6th Street, west side, from 25 feet to 47 feet south of Jessie Street

W. ESTABLISH – TOW AWAY NO PARKING ANYTIME - Stevenson Street, south side, from 6th Street to 30 feet easterly, Jessie Street, south side, from 6th Street to 30 feet easterly, Minna Street, south side, from 6th Street to 30 feet easterly, Minna Street, south side, from 6th Street to 80 feet westerly, Natoma Street, south side from 6th Street to 30 feet easterly, Natoma Street, north side, from 6th Street to 30 feet westerly

X. ESTABLISH – TOW AWAY NO STOPPING ANYTIME - 6th Street, west side, from 45 feet to 61 feet north of Jessie Street, 6th Street, east side, from 20 feet to 30 feet north of Mission Street, 6th Street, east side, from 61 feet to 77 feet north of Natoma Street, 6th Street, west side, from Howard Street to 80 feet northerly, 6th Street, west side, from Harrison Street to 125 feet northerly, 6th Street, east side, from Harrison Street to Ahern Way, 6th Street, east side, from Bryant Street to 125 feet southerly, Bryant Street, north side, from 6th Street to 89 feet westerly, 6th Street, west side, from Brannan Street to 125 feet northerly

Y. ESTABLISH – NO LEFT TURN - 6th Street, southbound, at Jessie Street, 6th Street, southbound, at Natoma Street

Z. ESTABLISH – NO LEFT TURN, 6 AM TO 10 PM, DAILY - 6th Street, southbound, at Stevenson Street

AA. ESTABLISH – NO LEFT TURN AT ALL TIMES EXCEPT MUNI - 6th Street, northbound, at Mission Street

BB. ESTABLISH – CROSSWALK - 6th Street, north crosswalk, at Stevenson Street, 6th Street, south crosswalk, at Stevenson Street, 6th Street, north crosswalk, at Minna Street, 6th Street, north crosswalk, at Natoma Street, 6th Street, south crosswalk, at Natoma Street. (Explanatory documents include a staff report, resolution, map, graphics and environmental documents. The proposed action is the Approval Action as defined by the S.F. Administrative Code Chapter 31.)

Items 12 and 13 were called together.

Tom Maguire, Director, Sustainable Streets discussed the streetscape improvements under consideration including safety, public outreach, congestion growth and moving traffic across the district.

Shayda Haghdoo, Transportation Planner, presented the item.

PUBLIC COMMENT:

Members of the public expressing support:  Charles Deffarges, Bryant de Venecia, Kevin Stull, Cathy DeLuca, Simon Bertrang, Natasha Opfell, Margarita Mena, Rachel Lastimosa, David Lewis, Yennga Khuong, Paul Barrera, Matthew Burright, Roan Kattouw, Christine Johnson, Emil Lawrence, Dan Jordan, and Howard Strassner, Luis Salano, Lillian Grace, and Phil Sterling.

Members of the public expressing opposition: Kevin Carroll, Jannely Rodriguez, Jaron Webb, Jon Handlery, DeeDee Workman, Karin Flood, and Jessica Lum.

Director Borden requested information about the traffic choke points north of Market.

Board Sec. Boomer noted that the phase "a parking protected bikeway" needed to be deleted from the resolved clause for 6th St.

RESOLUTION 181016-140

On motion to approve with the deletion:

> ADOPTED:  AYES – Borden, Brinkman, Eaken, Heinicke, Hsu, and Rubke,
>
> NAYES - Torres

13.  Approving the Safer Taylor Street Project parking and traffic modifications to improve traffic safety and provide community-desired street enhancements on Taylor Street from Market to Sutter streets as follows:

A.  ESTABLISH – NO LEFT TURN - Taylor Street, northbound, at Eddy Street

B.  ESTABLISH – TOW-AWAY, NO STOPPING ANYTIME (SIDEWALK WIDENING) - Taylor

12

Street, west side, from Golden Gate Avenue to 29 feet northerly; Golden Gate Avenue, north side, from Taylor Street to 59 feet westerly; Taylor Street, west side, from Turk Street to 22 feet southerly; Turk Street, north side, from Taylor Street to 38 feet westerly; Turk Street, north side, from Taylor Street to 23 feet easterly; Taylor Street, west side, from Turk Street to 20 feet northerly; Taylor Street, west side, from Eddy Street to 20 feet southerly; Eddy Street, south side, from Taylor Street to 20 feet westerly; Eddy Street, south side, from Taylor Street to 64 feet easterly; Eddy Street, north side, from Taylor Street to 20 feet westerly; Eddy Street, north side, from Taylor Street to 24 feet easterly; Taylor Street, west side, from Ellis Street to 47 feet southerly; Taylor Street, east side, from Ellis Street to 45 feet southerly; Taylor Street, west side, from 27 feet to 51 feet north of Ellis Street; Ellis Street, north side, from Taylor Street to 63 feet westerly; Ellis Street, north side, from Taylor Street to 23 feet; Ellis Street, south side, from Taylor Street to 23 feet easterly; Taylor Street, west side, from O'Farrell Street to 32 feet southerly; Taylor Street, east side, from Ellis Street to 18 feet northerly; Taylor Street, east side, from O'Farrell Street to 30 feet southerly; O'Farrell Street, south side, from Taylor Street to 18 feet easterly; Taylor Street, west side, from O'Farrell Street to 18 feet northerly; Taylor Street, east side, from O'Farrell Street to 18 feet northerly; Taylor Street, east side, from Geary Street to 35 feet southerly; Taylor Street, west side, from Geary Street to 33 feet southerly; Post Street, south side, from Taylor Street to 63 feet easterly; Post Street, south side, from Taylor Street to 20 to 23 feet westerly; Taylor Street, west side, from Geary Street to 20 feet northerly; Taylor Street, east side, from Geary Street to 19 feet northerly; Taylor Street, east side, from Post Street to 33 feet southerly; Post Street, south side, from Taylor Street to 23 feet westerly; Post Street, north side, from Taylor Street to 20 feet westerly; Taylor Street, east side, from Sutter Street to 18 feet southerly; Taylor Street, west side, from Sutter Street to 36 feet; Sutter Street, south side, from Taylor Street to 21 feet westerly

C. RESCIND – GENERAL METERED PARKING - Taylor Street, west side, from 119 to 221 feet south of Eddy Street; Taylor Street, west side, from 20 to 80 feet south of Eddy Street; Taylor Street, west side, from 44 to 69 feet south of Ellis Street; Taylor Street, west side, from 132 to 177 feet south of O'Farrell Street; Golden Gate Avenue, north side, from 81 to 103 feet west of Taylor Street; Turk Street, north side, from 40 to 60 feet west of Taylor Street; Eddy Street, north side, from 34 to 56 feet west of Taylor Street

D. RESCIND – PASSENGER LOADING ZONE, DURING PERFORMANCES - Taylor Street, west side, from 33 to 55 feet north of Golden Gate Avenue

E. RESCIND – PASSENGER LOADING ZONE, 7 AM TO 10 PM, DAILY - Taylor Street, west side, from 80 to 119 feet south of Eddy Street

F. RESCIND – PASSENGER LOADING ZONE - Taylor Street, west side, from 88 to 132 feet south of O'Farrell Street

G. RESCIND – METERED YELLOW ZONE, 7 AM TO 6 PM, MONDAY THROUGH FRIDAY - Taylor Street, west side, from 177 to 223 feet south of O'Farrell Street; Taylor Street, west side, from 22 to 44 feet south of Ellis Street; Taylor Street, west side, from 10 to 54 feet north of Turk Street; Taylor Street, west side, from 55 to 253 feet north of Golden Gate Avenue

H. RESCIND – METERED YELLOW ZONE, 6-WHEEL COMMERCIAL LOADING, 7 AM TO 6 PM, MONDAY THROUGH FRIDAY - Taylor Street, west side, from 28 to 88 feet south of O'Farrell Street

I. ESTABLISH – GENERAL METERED PARKING - Taylor Street, west side, from 42 to 60 feet

south of Eddy Street; Taylor Street, west side, from 110 to 210 feet south of Eddy Street

J.  ESTABLISH – PASSENGER LOADING ZONE, 7 AM TO 10 PM, DAILY - Taylor Street, west side, from 60 to 110 feet south of Eddy Street

K.  ESTABLISH – PASSENGER LOADING ZONE, 4 PM TO 6 PM, MONDAY THROUGH FRIDAY - Taylor Street, east side, from 19 to 32 feet north of Geary Street

L.  ESTABLISH – PASSENGER LOADING ZONE - Taylor Street, west side, from 92 to 139 feet south of O'Farrell Street; Taylor Street, west side, from 182 to 225 feet south of O'Farrell Street

M.  ESTABLISH – PASSENGER LOADING ZONE, DURING PERFORMANCES - Taylor Street, west side, from 29 to 73 feet north of Golden Gate Avenue; Golden Gate Avenue, north side, from 81 to 103 feet west of Taylor Street

N.  ESTABLISH – METERED YELLOW ZONE, 7 AM TO 6 PM, MONDAY THROUGH SATURDAY - Eddy Street, north side, from 20 to 56 feet west of Taylor Street

O.  ESTABLISH – METERED YELLOW ZONE, 7 AM TO 6 PM, MONDAY THROUGH FRIDAY - Taylor Street, west side, from 20 to 42 feet south of Eddy Street; Taylor Street, west side, from 136 to 182 feet south of O'Farrell Street; Taylor Street, west side, from 47 to 69 feet south of Ellis Street; Taylor Street, east side, from 19 to 32 feet north of Geary Street; Taylor Street, west side, from 20 to 64 feet north of Turk Street; Taylor Street, west side, from 73 to 253 feet north of Golden Gate Avenue

P.  ESTABLISH – METERED YELLOW ZONE, 6-WHEEL COMMERCIAL LOADING, 7 AM TO 6 PM, MONDAY THROUGH FRIDAY - Taylor Street, west side, from 32 to 92 feet south of O'Farrell Street; Taylor Street, east side, from 45 to 89 feet south of Ellis Street

Q.  ESTABLISH – BLUE ZONE - Taylor Street, east side, from 4 to 32 feet north of Derby Street; Turk Street, north side, from 38 to 60 feet west of Taylor Street (Explanatory documents include a staff report, graphic and resolution. The proposed action is the Approval Action as defined by the S.F. Administrative Code.)

Items 12 and 13 were called together.

Shivam Vohra, Project Manager, Safer Taylor Street Project, presented the item.

RESOLUTION 181016-141

On motion to approve:

>ADOPTED:  AYES – Borden, Brinkman, Eaken, Heinicke, Hsu, and Rubke,

>NAYES - Torres

14. Approving parking and traffic modifications to improve pedestrian visibility and calm traffic on Lower Great Highway from Lincoln Way to Sloat Boulevard as part of the Lower Great Highway Pedestrian Improvements (Near-Term) project as follows:

A.  ESTABLISH – RED ZONE - Lower Great Highway, east side, from Lincoln Way to 20 feet southerly; Lower Great Highway, east side, from Irving to 20 feet southerly; Lower Great

Highway, east side, from Kirkham Street to 27 feet southerly; Lower Great Highway, east side, from Lawton to 20 feet southerly; Lower Great Highway, east side, from Moraga Street to 21 feet southerly; Lower Great Highway, east side, from Noriega Street to 24 feet southerly; Lower Great Highway, east side, from Ortega Street to 22 feet southerly; Lower Great Highway, east side, from Pacheco Street to 14 feet southerly; Lower Great Highway, east side, from Quintara Street to 14 feet southerly; Lower Great Highway, east side, from Rivera Street to 20 feet southerly; Lower Great Highway, east side, from Santiago Street to 20 feet southerly; Lower Great Highway, east side, from Vicente Street to 20 feet southerly; Lower Great Highway, east side, from Cutler Street to 18 feet southerly; Lower Great Highway, east side, from Wawona Street to 10 feet southerly; Lower Great Highway, east side, from Sloat Boulevard to 54 feet northwesterly; Lower Great Highway, west side, from Kirkham Street to 20 feet northerly; Lower Great Highway, west side, from Kirkham Street, south crosswalk, to 20 feet northerly; Lower Great Highway, west side, from Moraga Street to 20 feet northerly; Lower Great Highway, west side, from Moraga Street, south crosswalk, to 20 feet northerly; Lower Great Highway, west side, from Noriega Street to 20 feet northerly; Lower Great Highway, west side, from Noriega Street, south crosswalk, to 20 feet northerly; Lower Great Highway, west side, from Ortega Street to 20 feet northerly; Lower Great Highway, west side, from Ortega Street, south crosswalk, to 20 feet northerly; Lower Great Highway, west side, from Pacheco Street to 20 feet northerly; Lower Great Highway, west side, from Pacheco Street, south crosswalk, to 20 feet northerly; Lower Great Highway, west side, from Quintara Street to 20 feet northerly; Lower Great Highway, west side, from Quintara Street, south crosswalk, to 20 feet northerly; Lower Great Highway, west side, from Rivera Street, south crosswalk, to 20 feet northerly; Lower Great Highway, west side, from Santiago Street to 20 feet northerly; Lower Great Highway, west side, from Santiago Street, south crosswalk, to 20 feet northerly; Lower Great Highway, west side, from Taraval Street to 20 feet northerly; Lower Great Highway, west side, from Taraval Street, south crosswalk, to 20 feet northerly; Lower Great Highway, west side, from Vicente Street to 20 feet northerly; Lower Great Highway, west side, from Vicente Street, south crosswalk, to 20 feet northerly; Lower Great Highway, west side, from Sloat Boulevard to 20 feet northerly

B. ESTABLISH - 45 DEGREE ANGLED PARKING - Lower Great Highway, west side, from Kirkham Street to 22 feet north of Lawton Avenue. (Explanatory documents include a staff report, map and resolution. For every parking and traffic modification that received a categorical exemption, the proposed action is the Approval Action as defined by Chapter 31 of the San Francisco Administrative Code.)

Nick Smith, Project Manager, Lower Great Highway Pedestrian Improvement Project, presented the item.

PUBLIC COMMENT:

Members of the public expressing support: Roan Kaffouw

Members of the public expressing opposition: Deirdre Golani

RESOLUTION 181016-142

On motion to approve:

ADOPTED: AYES – Borden, Brinkman, Eaken, Heinicke, Hsu, and Rubke

ABSENT - Torres

SPECIAL ORDER – 3:30 pm (This item shall not be heard prior to its scheduled time on the calendar.)

15. Amending Transportation Code Division II, Article 300, Section 320 to eliminate the fee for continued operation of a medallion upon death, suspension or revocation of medallion holder and Article 1100, Sections 1101 – 1105, 1109, 1116, 1118 and 1120 to reform the taxicab medallion system by eliminating the requirement that only San Francisco taxi drivers be allowed to purchase a medallion, eliminating the driving requirement for transferable medallion holders, allowing transferable medallions to be held by individuals, business entities, and joint tenants up to a maximum of 50 medallions per entity, to give the Director of Transportation the authority to impose restrictions on the types of medallions authorized to operate a taxicab trip originating at San Francisco International Airport, to eliminate the 5% medallion retransfer fee for a period of three years, and to not renew Corporate and Pre-K medallions after June 30, 2019. (Explanatory documents include a staff report, amendments and resolution.)

Kate Toran, Director, Taxis and Accessible Services presented the item.

Seth Morgan, Transportation Planner, San Francisco Airport, discussed congestion at the airport relating to Transportation Network Companies (TNCs) and taxis.

Lee Hepner, Legislative Aide to Supervisor Aaron Peskin, stated that TNCs contribute to at least 50% of congestion in San Francisco. He expressed appreciation to staff for keeping Sup. Peskin's office briefed. The Board can act on the recommendations independently. He expressed support for the open buyers' market and authorizing the waiver of the 5% retransfer fee. Supervisors are concerned about the lack of analysis for other reforms. They are opposed to expanding the supply in San Francisco, limiting access to the airport. It would devalue medallions that are not able to go to the airport. The SFMTA has no jurisdiction to regulate TNCs but the airport has the ability to regulate the number of TNCs at the airport. Supervisors are opposed to balancing fleet size on the non-renewal of corporate and pre-K medallions. That recommendation should be put on hold.

PUBLIC COMMENT:

Members of the public expressing support: Syed Mohsin

Members of the public expressing opposition: Nathan Dwiri, John Lazar, Jonathan Oliver, Robert Cesana, Carl Mcmurdo, Marcelo Fonseca, Corey Lamb, Antonio Yon, Emile Lawrence, Joan Fisher, Joel Herschkorn, Vaheed Mojabi, Evelyn Poquetz, Greg Cochran, Charles Pipher, Mychael Monroe, Barry Taranto, Bakir Huss, Mohidi Erhzl, Phil Sterlin, Barry Korengold, Apollo Kahl, David Smith,

Harbir Batth, Arshad, Shafiq Ahmed, Mohammad Safdai, Kamaljit Singh, Wondwossen Mekberg, Ali Sen, Ben Valis, Ashwani Aeri, Lakew Melese, Mostafa Syed, Matt Sutter, Martin Kazinski, Ejaz Ahmed, Inderjit Ghotra, Tariq Mehmood, Sukma Widjaja, Mike Spain, Ron Collins, Mary McGuire, Joba Yezihlen, Stewart Rosen, Francisco da Costa, Evelyn Engel, Taylor Ahlgren, Ron Wolter, Lawrence Paul, Edward Escobar, Sansome, Tatyana Shuaygman, Jacob Mayzel, Douglas O'Connor, Jim Margolis, Charles Rathbone, Bettina Cohen, Herbert Weiner, Rua Graffis, Austin Peterson, Claire Motley, Namdev Sharma, Peter Witt, Zuhair, Ron Lee, George Lee, Ayaz, Jim Gillespie, Liz Bradley, Andrew Sun, Chris Sweis, Sai Lee, Mark Gruberg, Peter Miller, Christian Lewis, Abraham Yohannes, Sayes, and Gregory Cutino

Peter Witt provided a written statement for inclusion in the minutes as follows:

> -Native San Franciscan. 26-year taxi driver. - Don't know how to save a torpedoed ship. - Last year,      I loaned Mr. Schaller my 2005-06 report - About taxi customer's service. It cost a pretty penny, - I Demand it back! - Not about me…it's about taxi service. - Doesn't do any GOOD !! ……..to CONCEAL – the facts. Prop K produced a quality driver. Knowledgeable….SOME might say ?? IN particular …………TAXI CUSTOMERS. - WIT-OUT FACTS,    U can say ………ANYTHING YOU WANT. Like Jordan Thigpen's 2007……Staff report. 17 YEARS ---- OVER- 17,000 Customers surveyed, - Stopped submitted the surveys to MTA,…in 2014. Failure to communicate and define "TAXI SERVICE" in real time, --- I'm – Disenfranchised – SFTAXI DRIVERS had value ONCE. – YELLOW DISPATCH SUCKED! 2 undisputed facts !! – MTA/TAXI MERGER produces taxi foreclosures. "NOT SERVICE". DATA shows SFMTA'S real worth and PROP K's.

Director Torres left the meeting.

RESOLUTION 181016-143

On motion to amend by removing the non-renewal of Corporate/Pre-K Medallions:

> ADOPTED: AYES – Borden, Brinkman, Eaken, Heinicke, Hsu, and Rubke,
>
> ABSENT - Torres

On motion to approve delegation to the Director of Transportation the authority to limit types of medallions to pick up at the San Francisco Airport with a report to the Board of Directors prior to implementation and a quarterly report thereafter; open up the buyers' market; and waive the 5% retransfer fee:

> ADOPTED: AYES –Brinkman, Eaken, Heinicke, and Rubke,
>
> NAYES – Borden and Hsu
>
> ABSENT – Torres

16. Discussion and vote pursuant to Administrative Code Section 67.10(d) as to whether to invoke the attorney-client privilege and conduct a closed session conference with legal counsel.

The closed session was cancelled.

ADJOURN - The meeting was adjourned at 8:50 p.m. in memory of James Milton and Jerry Robbins.

A recording of the meeting is on file in the office of the Secretary to the San Francisco Municipal Transportation Agency Board of Directors.

*Roberta Boomer*
Roberta Boomer
Board Secretary

California Environmental Quality Act (CEQA) Appeal Rights under S.F. Admin. Code Chapter 31: For identified Approval Actions, the Planning Department or the SFMTA has issued a CEQA exemption determination or negative declaration, which may be viewed online at the Planning Department's website. Following approval of the item by the SFMTA Board, the CEQA determination is subject to appeal within the time frame specified in S.F. Administrative Code Section 31.16 which is typically within 30 calendar days. For information on filing a CEQA appeal, contact the Clerk of the Board of Supervisors at City Hall, 1 Dr. Carlton B. Goodlett Place, Room 244, San Francisco, CA 94102, or call (415) 554-5184. Under CEQA, in a later court challenge, a litigant may be limited to raising only those issues previously raised at a hearing on the project or submitted in writing to the City prior to or at such hearing, or as part of the appeal hearing process on the CEQA decision.

Board of Supervisors review of certain SFMTA Decisions: Certain parking and traffic modifications as well as Private Transportation Programs that involve certain parking modifications can be reviewed by the Board of Supervisors. These decisions are subject to review within 30 calendar days after they are made by the SFMTA Board of Directors. For information on requesting a review, contact the Clerk of the Board of Supervisors at City Hall, 1 Dr. Carlton B. Goodlett Place, Room 244, San Francisco, CA 94102, call (415) 554-5184. Ordinance No. 127-18 specifying which SFMTA decisions are reviewable by the Board of Supervisors can be accessed on-line: https://sfbos.org/sites/default/files/o0127-18.pdf.

The Ethics Commission of the City and County of San Francisco has asked us to remind individuals and entities that influence or attempt to influence local legislative or administrative action may be required by the San Francisco Lobbyist Ordinance [S.F. Campaign and Governmental Conduct Code section 2.100 et seq.] to register and report lobbying activity. For more information about the Lobbyist Ordinance, please contact the Ethics Commission at 415.581.2300; fax: 415.581.2317; 25 Van Ness Avenue, Suite 220, SF, CA 94102-6027 or the web site: sfgov.org/ethics.

# EXHIBIT B

----- Original Message -----
**From:** Rosenberg, Julie (BOA)
**To:** mark1106@att.net
**Sent:** Tuesday, January 29, 2019 9:16 AM
**Subject:** RE: Request for Board hearing on jurisdiction

Mr. Gruber:

Your email was forwarded to President Fung for consideration.   He agrees with the determination that the Board lacks jurisdiction to hear this matter and declines to agendize it for a future meeting.

Respectfully,

Julie Rosenberg
Executive Director
San Francisco Board of Appeals
1650 Mission Street, Suite 304
Phone: 415-575-6881
Email: julie.rosenberg@sfgov.org

**From:** Mark Gruberg <mark1106@att.net>
**Sent:** Monday, January 28, 2019 11:08 AM
**To:** Rosenberg, Julie (BOA) <julie.rosenberg@sfgov.org>
**Subject:** Request for Board hearing on jurisdiction

This message is from outside the City email system. Do not open links or attachments from untrusted sources.

Executive Director Rosenberg:

I'm following up on the General Public Comment I and several other Board members of the San Francisco Taxi Coalition made at last week's Board of Appeals meeting.  Although I imagine there may be instances where a jurisdiction request is frivolous on its face and might be summarily rejected, that is not the case here.  United Taxicab Workers' 2012 jurisdiction request, which I discussed in my comments and submitted to you, provides ample precedent for hearing our current request.  As the Board's Rules do not assign responsibility for making this determination, we believe the Board President would be the appropriate person to do so.  Accordingly, I'd ask that you forward this email to President Fung.

We look forward to your response.

Mark Gruberg