HASSARD BONNINGTON LLP
Philip S. Ward (#51768) psw@hassard.com
Warren R. Webster (#209540) wrw@hassard.com
275 Battery Street, Suite 1600
San Francisco, California  94111-3370
Telephone: (415) 288-9800
Fax: (415) 288-9801


BRUNETTI ROUGEAU LLP
Kenneth A. Brunetti (156164) kbrunetti@brlawsf.com
Gregory A. Rougeau (194437) grougeau@brlawsf.com
235 Montgomery Street, Ste. 410
San Francisco, CA 94104
Telephone: (415) 992-8943
Fax: (415) 992-8915

Attorneys for Plaintiffs
SAN FRANCISCO TAXI COALITION, *et al.*

UNITED STATES DISTIRCT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO TAXI COALITION, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, *et al.*, <br><br> Defendants. | CASE NO. 3:19-CV-01972-WHA <br><br> **STIPULATION TO EXTEND FILING DATES and [PROPOSED] ORDER** <br><br> Judge: Hon. William H. Alsup |

Plaintiffs, San Francisco Taxi Coalition, *et al.* ("Plaintiffs"), and Defendants, the City and County of San Francisco ("Defendants"), by their respective undersigned counsel, hereby stipulate the following and agree as follows:

1.) On May 9, 2019 Defendants filed a Motion for Judgment on the Pleadings (the "Motion") in United States District Court for the Northern District of California.

2.) A hearing on the Motion is set for June 20, 2019 at 8:00 a.m. before the Hon. Judge Alsup.

3.) Plaintiffs unfortunately miscalculated the filing dates for their opposition brief. Defendant's counsel has graciously agreed to stipulate to extended filing dates.

4.) Plaintiffs will file an opposition brief to the Motion not later than Wednesday, May 29, 2019.

5.) Defendants will file a reply brief not later than Thursday, June 6, 2019.

6.) Plaintiffs and Defendants agree the Hearing on the matter will remain on June 20, 2019 at 8:00 a.m. if the Judge consents.

IT IS SO AGREED.

Dated: May 24, 2019                                BRUNETTI ROUGEAU LLP

                                                   By: */s/ Kenneth A. Brunetti*
                                                        Kenneth A. Brunetti

                                                   Attorneys for Plaintiffs
                                                   SAN FRANCISCO TAXI COALITION, et al.

Dated: May 24, 2019

                                                   By: */s/ Aileen M. McGrath*
                                                        Aileen M. McGrath

                                                   Attorneys for Defendants
                                                   CITY AND COUNTY OF SAN FRANCISCO

1
2 **IT IS SO ORDERED.**
3
4 DATED:_____                             _____
                                               WILLIAM ALSUP
5                                              UNITED STATES DISTIRCT JUDGE

-3-

Stipulation to Extend Filing Dates