DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE K. SNODGRASS, State Bar #148137
AILEEN M. McGRATH, State Bar # 280846
JAMES M. EMERY, State Bar #153630
Deputy City Attorneys
City Hall
1 Dr. Carlton B. Goodlett Place, Room 234
San Francisco, California 94102-5408
Telephone:    (415) 554-4691 (McGrath)
Telephone:    (415) 554-4628 (Emery)
Facsimile:    (415) 554-4699
E-Mail:       aileen.mcgrath@sfcityatty.org
              jim.emery@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY
EDWARD D. REISKIN, DIRECTOR OF TRANSPORTATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO TAXI COALITION, PATRICK O'SULLIVAN, SAI LEE, GEORGE HORBAL, ALLIANCE CAB and S.F. TOWN TAXI INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY; EDWARD D. REISKIN, Director of Transportation,<br><br>Defendants. | Case No. 3:19-cv-01972-WHA<br><br>**NOTICE OF APPEARANCE BY COUNSEL FOR DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, ET AL.**<br><br><br>Trial Date:        None set |

TO THE COURT AND TO ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Deputy City Attorney James M. Emery is appearing on behalf of Defendants City and County of San Francisco, San Francisco Municipal Transportation Agency, and Edward D. Reiskin, Director of Transportation, in this matter. The office and email addresses, and the telephone and facsimile numbers for Mr. Emery are as follows:

James M. Emery
Deputy City Attorney
Office of the City Attorney of San Francisco
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-5408
Telephone: (415) 554-4628 (Emery)

Please include Mr. Emery on all proofs of service and communications in this matter.

Dated: June 6, 2019

DENNIS J. HERRERA
City Attorney
AILEEN M. MCGRATH
JAMES M. EMERY
Deputy City Attorneys

By: /s/*James M. Emery*
JAMES M. EMERY

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY EDWARD D. REISKIN, DIRECTOR OF TRANSPORTATION