IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO TAXI COALITION, PATRICK O'SULLIVAN, SAI LEE, GEORGE HORBAL, ALLIANCE CAB and S.F. TOWN TAXI INC., <br><br>  Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO MUNICIPAL TRANSIT AGENCY; EDWARD D. REISKIN, Director of Transportation; and DOES 1 through 20, <br><br> Defendants. | No. 19-01972 <br><br> **JUDGMENT** |

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants City and County of San Francisco, San Francisco Municipal Transit Agency, Edward D. Reiskin, Director of Transportation against plaintiffs San Francisco Taxi Coalition, Patrick O'Sullivan, Sai Lee, George Horbal, Alliance Cab, and S.F. Town Taxi Inc.

**IT IS SO ORDERED.**

Dated: June 20, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE