United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO TAXI COALITION, et al.,

            Plaintiffs,

   v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

            Defendants.

No.  C 19–01972 WHA

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

On February 8, plaintiffs were granted leave to amend in light of the opinion by our court of appeals.  Plaintiffs have not amended the complaint nor responded to the May 26 order to show cause why the case should not be dismissed for failure to prosecute.  The June 15 deadline to show cause has passed.

The case is hereby **DISMISSED** for failure to prosecute.  The clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  June 17, 2021

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE